AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| ABC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-mc-00256-DEH |
| DEF | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                 .

Date:    06/01/2026

/s/ Gabriella Larios
*Attorney's signature*

Gabriella Larios, 5852843
*Printed name and bar number*

New York Civil Liberties Union Foundation
125 Broad Street, Fl. 19
New York, NY 10004

*Address*

glarios@nyclu.org
*E-mail address*

(212) 607-3300
*Telephone number*

(212) 607-3318
*FAX number*