

New York Civil Liberties Union
125 Broad St, 19th Floor
New York, NY 10004
(212) 607-3300
www.nyclu.org

June 2, 2026

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *ABC v. DEF*, No. 1:26-mc-00256-DEH
     <u>Request for Expedited Ruling to Commence Civil Action Pseudonymously</u>

Dear Judge Ho,

   Plaintiffs in the above-captioned matter write to respectfully request an expedited ruling on Plaintiffs' motion to proceed pseudonymously in order to commence their civil action, which will include an urgent request for the Court to consider their motion for a temporary restraining order seeking time-sensitive relief before <u>June 10, 2026</u>.

   As discussed more fully in Plaintiffs' moving papers, *see* ECF 3, Plaintiffs and proposed class representatives in this putative class action seek to challenge the imminent and unconstitutional disclosure of their identifying and sensitive health information related to gender-affirming medical care to the U.S. Department of Justice, which has demanded this information by June 10 pursuant to a grand jury subpoena.

   Plaintiffs' understanding, based on reviewing the Court's rules, is that they cannot commence a civil action or move for a temporary restraining order under pseudonyms until their motion to proceed pseudonymously is granted. Plaintiffs are immediately prepared to file a complaint, a motion for a temporary restraining order, and a motion for class certification as soon as they are granted permission to commence their civil action under pseudonyms.

   Accordingly, Plaintiffs respectfully request an expedited ruling granting them permission to commence their civil action and move for temporary injunctive relief.

Sincerely,

Omar Gonzalez-Pagan
Karen L. Loewy
**Lambda Legal Defense
and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org
kloewy@lambdalegal.org

Chase B. Strangio
**American Civil Liberties Union
Foundation**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
cstrangio@aclu.org

*/s/ Gabriella Larios*
Gabriella Larios
Robert Hodgson
Anya Weinstock
**New York Civil Liberties Union
Foundation**
125 Broad Street, 19th Floor
New York, New York 10004
Telephone: 212-607-3300
rhodgson@nyclu.org
glarios@nyclu.org
aweinstock@nyclu.org

2